# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

City of North Las Vegas,

    Plaintiff,

V.

Michael C Davis,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Attorney Fees

Case Number: 2:13-cv-00156-MMD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that attorneys fees are awarded in favor of Plaintiff City of North Las Vegas and against Defendant Michael C. Davis in the amount of $5,140.00.

May 30, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk